DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. VANDIVER

No. 101P89.

Case below: 92 N.C. App. 695.

Petition by Attorney General for temporary stay allowed 28 February 1989.

STATE v. WILLIAMS

No. 99P89.

Case below: 92 N.C. App. 752.

Petition by Attorney General for temporary stay allowed 28 February 1989. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989. Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 2 March 1989.

STATE EX REL. RHODES v. GASKILL

No. 548PA88.

Case below: 91 N.C. App. 639.

Motion by defendant to dismiss appeal for lack of substantial constitutional question denied 2 March 1989. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 March 1989.

STATE EX REL. RHODES v. SIMPSON

No. 525PA88.

Case below: 91 N.C. App. 517.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 March 1989.

TELEPHONE SERVICES, INC. v.
  GENERAL TELEPHONE CO. OF THE SOUTH

No. 585P88.

Case below: 92 N.C. App. 90.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.